IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN WAYS,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LINCOLN, et al.<br>　　　　Defendants. | CASE NO:  4:00cv3060 and<br>　　　　　　　4:00cv3216<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

　　Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties, shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

　　　　Exhibit number(s):  All Exhibits offered

　　　　Hearing type(s):　　TRO hearings held 3/8/00 and 8/24/00;

　　　　　　　　　　　　　　Show Cause hearing held 8/17/00; and Trial held 10/2/00

　　If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

　　IT IS SO ORDERED.

　　May 4, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Warren K. Urbom
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge