**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| JOHN WAYS, | ) | Case No: 4:00cv3216 |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING CLERK** |
| | ) | **TO RETURN RECORDS** |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the sealed records (8 videotapes) filed as attachments to filing No. 158 be returned to plaintiff for appropriate disposition as directed below. Due to the nature of the videotapes, plaintiff's counsel himself must pick up these videotapes.

IT IS FURTHER ORDERED that if any party desires to object to this order, they shall do so no later than May 25, 2007, or they will be deemed to have waived the right to object.

If counsel fails to withdraw these videotapes by June 1, 2007, or to show cause why the tapes should not be destroyed, the clerk's office is directed to destroy the videotapes without further notice to the parties or order from the court.

DATED this 4th day of May, 2007 .

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge